UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

OCT 21 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
v.                              )   No. 4:19 MJ 394 DDN
                                )
BRANDON SHELL,                  )
                                )
        Defendant.              )

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Cassandra J. Wiemken, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1.   Defendant is charged with one count of carjacking in violation of Title 18, United States Code, Section 2119.

2.   Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against defendant, the defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by defendant's release warrant defendant's detention pending trial.

3.   This case involves an armed carjacking.  Defendant held four victims at gunpoint and demanded their money and the keys to their car.  He then fled in the car.

4.      In other words, Defendant threatened multiple people with a gun.  In doing so, he demonstrated the significant danger he poses to the community.

5.      There is also a serious risk that the defendant will flee.  Defendant was on probation at the time of the events giving rise to this case.  In fact, he was on probation for a 2018 Robbery 1st and yet, he committed another robbery—this time, an armed carjacking of four victims.  Not only does Defendant have a significant incentive to flee, but he has demonstrated that he is not amenable to supervision.  Nothing about his current supervision stopped Defendant from committing new crimes.

6.      The evidence in this case is particularly strong.  Because a victim's cell phone was in the car that Defendant took, officers were able to track that phone in real time as Defendant drove the victims' car from the scene of the carjacking.  Once apprehended, Defendant (a convicted felon) had a gun on him.  He was also identified by victims from the robbery as the person who committed the armed carjacking.

7.      Notably, the United States anticipates bringing additional charges—specifically a charge for brandishing a firearm in furtherance of a crime of violence under Title 18, United States Code, Section 924(c), which would trigger the presumption of detention.

        WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

JEFFREY B. JENSEN
United States Attorney


/s/ *Cassandra J. Wiemken*
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney